**Timothy A. Solomon**, OSB 072573
   Direct:  971.634.0194
   Email:  tsolomon@pdx-law.com
**TABOR LAW GROUP**
4110 SE Hawthorne Blvd. PMB #506
Portland, Oregon 97214
Fax:  971.634.0250

     Counsel for Plan Agent Kenneth S. Eiler

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**ISABEL ENTERPRISES INC.** and **ISABEL, LLC**,<br><br>                       Debtors. | Case No: 22-30801-pcm11 (Lead Case)<br><br>(Jointly Administered with Case No. 22-30787-pcm11)<br><br>**NOTICE OF PENDING SALE OF REAL PROPERTY** |

     **PLEASE TAKE NOTICE THAT** Kenneth Eiler, in his capacity as Plan Agent in the above-referenced case appointed on or around May 9, 2024 (the "**Appointment Date**") (*see* Dkt. 295), shall sell the real property commonly known as 330 NW 10th Avenue, Portland, Oregon 97209 (the "**Property**") to Chookiat Saenguraiporn for $940,000.00 (the "**Sale**"), on or around November 12, 2024 (the "**Anticipated Closing Date**"), without further notice or order of the Court.

     Pursuant to Section 3.9 of the Third Amended Joint Chapter 11 Plan of Reorganization of Isabel Enterprises, Inc. and Isabel LLC Dated December 12, 2022 as Modified March 15, 2023 (Dkt. 254) (the "**Plan**"), confirmed by the Court on April 19, 2023 (Dkt. 262), the Plan Agent is "without further notice, hearing or order, … vested with full, exclusive and plenary power to sell the Property."

Although Debtor Isabel LLC's consent would have been required if the Property were sold less than 6 months after the Appointment Date (*see* Plan § 3.9), the Anticipated Closing Date will occur **more** than 6 months after the Appointment Date (which date will occur on November 9, 2024). Thus, no consent or further Court order is required.

The Plan Agent is nevertheless providing this information to Debtor Isabel LLC, its counsel, its principal, and the other notice parties in this matter, so that the parties in interest are apprised of the Sale, the sale price, and the Anticipated Closing Date.

DATED: November 5, 2024     TABOR LAW GROUP

By:   /s/ Timothy A. Solomon
       Timothy A. Solomon, OSB 072573
       Counsel for Plan Agent Kenneth S. Eiler

## CERTIFICATE OF SERVICE

  I certify that on today's date, I caused this **NOTICE OF PENDING SALE OF REAL PROPERTY** to be served on interested parties requesting notice through the Court's CM/ECF system, and by first-class mail and email to:

 William Tosheff
 39391 SE Lusted Road
 Sandy, OR 97055
 billy@stargazerfarm.us

DATED: November 5, 2024

                By:  /s/ Timothy A. Solomon
                   Timothy A. Solomon

CERTIFICATE OF SERVICE

TABOR LAW GROUP
4110 SE Hawthorne Blvd. PMB #506
Portland, Oregon 97214
taborlawpdx.com